**Order entered December 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01392-CV
## No. 05-18-01393-CV

### IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422 and 31609-422**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written ruling on relator's motion for forensic DNA testing within thirty (30) days of the date of this order. We further **ORDER** the trial court to file with this Court, within forty-five (45) days of the date of this order, a certified copy of its written ruling issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

/s/    ADA BROWN
         JUSTICE